FILED

2013 DEC 12 AM 11: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-CR13-0878 |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy; 26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |
| ROBERT A. RIZZO, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 371]

A. OBJECT OF THE CONSPIRACY

Beginning in or about 2005 and continuing until in or about April 2010, within the Central District of California and elsewhere, defendant ROBERT A. RIZZO ("RIZZO"), co-conspirator A.S., and others known and unknown to the United States Attorney, knowingly conspired and agreed together to defraud the United States by impeding, impairing, obstructing, and defeating the lawful governmental functions of the Internal Revenue

Service ("IRS") in the ascertainment, computation, assessment and collection of revenue, that is, federal income taxes.

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The means by which the object of the conspiracy was to be accomplished were as follows:

1. Defendant RIZZO and co-conspirator A.S. would employ the tax preparation firm of Robert J. Melcher and Associates, Inc., to prepare their federal income tax returns.

2. Co-conspirator A.S. would have Robert J. Melcher and Associates, Inc., create an S Corporation, Sheffield Management Corporation ("SMC"), on her behalf, while similarly, defendant RIZZO would use Robert J. Melcher and Associates, Inc., to create his own S Corporation, R.A.R. Incorporated ("RARI").

3. Defendant RIZZO and co-conspirator A.S. would use their respective S Corporations to create bogus losses that they would then include on their Form 1040 individual income tax returns in order to fraudulently reduce their personal tax liability.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, defendant RIZZO, co-conspirator A.S., and others known and unknown to the United States Attorney, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

1. On or about April 6, 2007, defendant RIZZO filed with the IRS a 2006 Form 1040 United States Individual Income

Tax Return, prepared by Robert J. Melcher and Associates, Inc., claiming approximately $441,311 in S Corporation losses that fraudulently included approximately $86,371 in losses from a ranch in Auburn, Washington, that defendant RIZZO falsely claimed as a rental property.

2. On or about June 1, 2008, defendant RIZZO filed with the IRS a 2007 Form 1040 United States Individual Income Tax Return, prepared by Robert J. Melcher and Associates, Inc., claiming approximately $531,261 in S Corporation losses that fraudulently included approximately $110,929 in losses from a ranch in Auburn, Washington, that defendant RIZZO falsely claimed as a rental property.

3. On or about May 13, 2009, defendant RIZZO filed with the IRS a 2008 Form 1040 United States Individual Income Tax Return, prepared by Robert J. Melcher and Associates, Inc., claiming approximately $709,967 in S Corporation losses that fraudulently included approximately $212,431 in losses from a ranch in Auburn, Washington, that defendant RIZZO falsely claimed as a rental property.

4. On or about March 20, 2010, defendant RIZZO filed with the IRS a 2009 Form 1040 United States Individual Income Tax Return, prepared by Robert J. Melcher and Associates, Inc., based on information provided by co-conspirator A.S., claiming approximately $845,976 in S Corporation losses that fraudulently included approximately $161,799 in losses from a ranch in Auburn, Washington, that defendant RIZZO falsely claimed as a rental property.

## COUNT TWO

[26 U.S.C. § 7206(1)]

On or about April 5, 2008, in Los Angeles County, within the Central District of California, defendant ROBERT A. RIZZO ("RIZZO") did willfully make and subscribe to a materially false and fraudulent Form 1040 United States Individual Income Tax Return verified by written declaration that it was made under penalty of perjury and filed with the Internal Revenue Service, and which defendant RIZZO did not believe to be true and correct as to every material matter, in that, as defendant RIZZO well knew, the return claimed S Corporation losses from a rental property in Auburn, Washington, when, in truth and fact, as defendant RIZZO then and there well knew, the property in Auburn, Washington was not a rental property.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant U.S. Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section